# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LADONNA EARL** and **WILLIAM EARL,** her husband,
Appellants,

v.

**DOMINIC ADDARIO** and **YVONNE ADDARIO,**
Appellees.

No. 4D2023-0578

[January 25, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502021CA013632.

Gregory A. Kummerlen of Kummerlen Law, PLLC, Jupiter, for appellants.

Bruce M. Trybus of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***